UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. OLTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-CV-1953 ERW NAB |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned *sua sponte*. This case has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), for a report and recommendation on dispositive matters and for rulings on non-dispositive matters. [Doc. 6.] On December 31, 2015, Plaintiff filed a Complaint seeking judicial review of an administrative decision that denied Plaintiff's application for a period of disability and disability insurance benefits. On March 8, 2016, Defendant filed an Answer to the Complaint and a certified copy of the Administrative Record. [Docs. 13, 14.] Pursuant to this District's Local Rule 9.02, Plaintiff was required to serve and file a Brief in Support of the Complaint within thirty (30) days of Defendant's service of the Answer and the Administrative Record. *See* E.D. Mo. L. R. 9.02.

As of the date of this Order, Plaintiff has not filed a Brief, nor has Plaintiff filed a Motion for an Extension of Time. Plaintiff's Brief is now past due. The undersigned therefore orders Plaintiff to show cause, in writing, why this case should not be dismissed for failure to comply with the Local Rules and the Case Management Order of January 4, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause, in writing, why this case should not be dismissed for failure to comply with the Local Rules and the Case Management Order of January 4, 2016 no later than **May 2, 2016**.

Dated this 20th day of April, 2016.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE