**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL D. OLTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV01953 ERW |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Memorandum and Order of the United States

Magistrate Judge Nanette A. Baker [ECF No. 16], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Memorandum and Order within the time

period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Memorandum and

Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Memorandum and

Order in its entirety. The Magistrate's recommendation to dismiss the matter pursuant to Federal

Rule of Civil Procedure 41(b) is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**.

Dated this 8th Day of June, 2016.

_E. Richard Webber_

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE